IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gibson, Pauline

Printed: 3/18/08

Case Number: 05 B 18789
Judge: Wedoff, Eugene R
Filed: 8/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 17, 2008
Confirmed: October 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,985.51 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 9,340.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,015.00 |
| Trustee Fee: |  | 629.68 |
| Other Funds: |  | 0.00 |
| Totals: | 11,985.51 | 11,985.51 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,015.00 | 2,015.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 4,945.12 | 4,945.12 |
| 5. | World Financial Network Nat'l | Unsecured | 4,395.71 | 4,395.71 |
| 6. | Select Edition | Unsecured |  | No Claim Filed |
| 7. | Bank Of America | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Menards | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 11,355.83 | $ 11,355.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 222.76 |
| 5% | 67.49 |
| 4.8% | 129.61 |
| 5.4% | 209.82 |
|  | _____ |
|  | $ 629.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gibson, Pauline | Case Number:  05 B 18789 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/18/08 | Filed:  8/9/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

